BEFORE THE SECOND DIVISION, OCTOBER 23, 1967

**No. P67/356.**—Viking Importrade, Inc. *v.* United States, protest 66/16576 (New York).

RAO, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of electric soup tureens with cords similar in all material respects to those the subject of *Silvine Importers, Inc.* v. *United States* (57 Cust. Ct. 362, C.D. 2821), the protest was dismissed and the matter remanded to a single judge to determine the value of the merchandise in the manner provided by law. (28 U.S.C. § 2636(d).)

BEFORE THE THIRD DIVISION, OCTOBER 23, 1967

**No. P67/357.**—Alexanders Dept. Stores, Inc. *v.* United States, protest 66/42214 (New York).

RICHARDSON, J. In accordance with stipulation of counsel that the issue involved in the foregoing protest is similar in all material respects to that the subject of *United States* v. *Browne Vintners Co., Inc.* (34 CCPA 112, C.A.D. 351), the claim of the plaintiff was sustained.

**No. P67/358.**—R. U. Delapenha & Co., Inc. *v.* United States, protest 66/20706 (New York).

RICHARDSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of starch similar in all material respects to that the subject of *R. U. Delapenha & Co., Inc.* v. *United States* (52 Cust. Ct. 267, Abstract 68309), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, OCTOBER 24, 1967

**No. P67/359.**—Mattoon & Company, Inc., and T. G. Gerry Cullen *v.* United States, protest 61/9172 (San Francisco).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of Von Arx air guns and parts similar in all material respects to those the subject of *Mattoon & Company, Inc.*, and *T. G. Cullen* v. *United States* (54 Cust. Ct. 282, C.D. 2545), the claim of the plaintiffs was sustained.